**FILED**

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0130



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0130

IVAN W. TROYER, JR. AND A. DIANE
TROYER, husband and wife,

      Plaintiffs and Appellants,

    v.

MARYLAND CASUALTY COMPANY,
a Maryland Corporation;

      Defendant and Appellant.

ROBINSON INSULATION COMPANY,
a Montana Corporation for profit;
GROGAN ROBINSON LUMBER
COMPANY, a Montana Corporation
for profit; and DOES A-Z,

      Defendants.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Leslie Ann Budewitz,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this April 5, 2022.

Bowen Greenwood, Clerk of the Supreme Court

c:     Daniel W. Hileman, David G. Tennant, Edward Longosz, II, Kennedy Ramos, Mark Johnston, John F. Lacey, Allan M. McGarvey, Dustin Alan Richard Leftridge, Roger M. Sullivan, Jinnifer Jeresek Mariman, Ethan Aubrey Welder, Leslie Ann Budewitz